868 F.2d 1017
 Greg MYERS and Jane Myers, individually and as parents and
natural guardians of Andy Myers, Amy Myers and
Brian Myers, minors, Appellants,
v.
SCOTT COUNTY; R. Kathleen Morris, Scott County Attorney;
Scott County Human Services; Peg Subby, its Director of
Human Services; Thomas Price; Phipps-Yonas & Price, P.A.;
Doris Wilker, Social Worker; other Employees of Scott
County Human Services whose names and titles are unknown;
Douglas Tietz, Scott County Sheriff; Deputy Sheriffs Norman
Pint, Patrick Morgan and Michael Busch; City Council of
Jordan, Minnesota; and Alvin Erickson, Jordan Chief of
Police, Appellees.
Donald BUCHAN and Cindy Buchan, individually and as parents
and natural guardians of Courtney B. Buchan,
Melissa Ellen Buchan and William Donald
Buchan, minors, Appellants,
v.
SCOTT COUNTY; Kathleen R. Morris, Scott County Attorney;
Scott County Human Services; Peg Subby, its Director of
Human Services; Doris Wilker, Social Worker; Mary Tafs,
Social Worker; Judy Dean, Social Worker; Susan Devreis,
Psychologist; other employees of Scott County Human
Services whose names and titles are unknown; and Douglas
Tietz, Sheriff of Scott County, Appellees.
Daniel J. MEGER and Wanda Lou Meger, individually and as
parents and natural guardians of Brian and Chad
Meger, minors, Appellants,
v.
SCOTT COUNTY; Kathleen Morris; Scott County Welfare
Department; Margaret Subby; Scott County Sheriff's
Department and its deputies, Patrick Morgan, Michael Busch;
Doris Wilker; John Doe and Mary Doe and other employees of
Scott County whose names and titles are unknown, Appellees.
John JOE and Jane Joe, individually and as the parents and
guardians of Tom Joe, Jim Joe and Linda Joe, their
minor children, Appellants,
v.
SCOTT COUNTY; Scott County Attorney's Office; R. Kathleen
Morris; Scott County Sheriff's Office; David Einertson,
individually and in his official capacity; Michael Busch,
individually and in his official capacity; Norman Pint,
individually and in his official capacity; Scott County
Human Services Department; Margaret Subby, individually and
in her official capacity; Thomas Behr, individually and in
his official capacity; Rachel Paff, individually and in her
official capacity; and Victor Ellingson, Appellees.
Charles LALLAK and Carol Lallak, husband and wife; and
Jeffrey Lallak and Jennifer Lallak, minors, by
Charles Lallak and Carol Lallak, their
parents and natural guardians,
Appellants,
v.
SCOTT COUNTY; Scott County Board of Commissioners; Scott
County Attorney's Office; R. Kathleen Morris, Scott County
Attorney; Scott County Sheriff's Department; Douglas
Tietz, Scott County Sheriff; Michael M. Busch, Scott County
Deputy Sheriff; Patrick Morgan, Scott County Deputy
Sheriff; David Einertson, Scott County Deputy Sheriff;
Norman Pint, Scott County Deputy Sheriff; other employees
of Scott County Sheriff's Department whose names and titles
are unknown; Scott County Human Services Department;
Rachel Paff, Social Worker with Scott County Human Services
Department; other employees of Scott County Human Services
Department whose names and titles are unknown; Larry
Norring, Officer with Jordan Police Department, Appellees.
Terry MORGENSON, Appellant,
v.
SCOTT COUNTY; Scott County Attorney's Office; R. Kathleen
Morris, Scott County Attorney; R. Gehl Tucker; Nancy
Platto; Scott County Sheriff's Department; Douglas Tietz,
Scott County Sheriff; Michael M. Busch, Scott County Deputy
Sheriff; Patrick Morgan, Scott County Deputy Sheriff;
David Einertson, Scott County Deputy Sheriff; Norman Pint,
Scott County Deputy Sheriff; other employees of Scott
County Sheriff's Department whose names and titles are
unknown; Scott County Human Services Department; Doris
Wilker, Social Worker with Scott County Human Services
Department; Margaret Subby, Director of Scott County Human
Services; other employees of Scott County Human Services
Department whose names and titles are unknown, Appellees.
Scott GERMUNDSON, Marlene Germundson, Sara Germundson and
Melissa Germundson, Appellants,
v.
SCOTT COUNTY; Scott County Attorney's Office; R. Kathleen
Morris, Scott County Attorney; R. Gehl Tucker; Nancy
Platto; Mary Tafs; Karen Kandik; Scott County Sheriff's
Department; Douglas Tietz, Scott County Sheriff; Michael
M. Busch, Scott County Deputy Sheriff; Patrick Morgan,
Scott County Deputy Sheriff; David Einertson, Scott County
Deputy Sheriff; Norman Pint, Scott County Deputy Sheriff;
other employees of Scott County Sheriff's Department whose
names and titles are unknown; Scott County Human Services
Department; Doris Wilker, Social Worker with Scott County
Human Services Department; Margaret Subby, Director of
Scott County Human Services Department; other employees of
Scott County Human Services Department whose names and
titles are unknown; Larry Norring, Officer with Jordan
Police Department, Appellees.
Judith Ann KATH, Appellant,
v.
R. Kathleen MORRIS, individually, and as Scott County
Attorney; Unnamed Scott County Employees, individually and
as employees and agents of Scott County, a Political
Subdivision of the State of Minnesota; and Scott County, Appellees.
 Nos. 88-5018 thru 88-5025.
 United States Court of Appeals,
Eighth Circuit.
 Submitted Oct. 20, 1988.
Decided March 3, 1989.
 
 On Appeal from the United States District Court for the District of Minnesota; Harry H. MacLaughlin, U.S.D.C., Judge.
 Thomas Hunziker, Minneapolis, Minn., David Albright, Bloomington, Minn., Marc Kurzman, Minneapolis, Minn., for appellants.
 David Sturges, New Prague, Minn. & Jon Iverson, Minneapolis, Minn., for appellees.
 Before ARNOLD and MAGILL, Circuit Judges, and ROSS, Senior Circuit Judge.
 ARNOLD, Circuit Judge.
 
 
 1
 These appeals arise out of an investigation into alleged sexual abuse of children in Scott County, Minnesota. Most of the facts and legal issues have already been thoroughly set forth and resolved in a previous appeal, Myers v. Morris, 810 F.2d 1437 (8th Cir.), cert. denied, --- U.S. ----, 108 S.Ct. 97, 98 L.Ed.2d 58 (1987). As a result of our decision in that appeal, summary judgment was entered in favor of the following groups of defendants: Guardians ad litem, therapists, police officers of the City of Jordan, Minnesota, the Scott County Board of Commissioners, the County Attorney, the County Sheriff, and deputy sheriffs.
 
 
 2
 In the present appeal, we are asked to review the order of the District Court[1] granting motions for summary judgment by Scott County, the Scott County Department of Human Services, and a group of social workers. In re Scott County Master Docket, 672 F.Supp. 1152 (D.Minn.1987).
 
 
 3
 We affirm. The opinion of the District Court exhaustively states the facts and discusses the applicable law. We see no point in embellishing at length on Judge MacLaughlin's able opinion. As the District Court carefully explained, the theory of substantive due process is properly reserved for truly egregious and extraordinary cases, and violations of state law, in and of themselves, are not actionable under 42 U.S.C. Sec. 1983. We have carefully considered the arguments of appellants, and we are well aware that they have suffered much. Their allegations, however, do not rise to a constitutional level. There may well have been deviations from proper investigative procedure in the delicate area of child sexual abuse. These matters, however, are best left to the common law of torts. We note that plaintiffs' pendent state-law claims were dismissed without prejudice by the District Court, and we approve this action.
 
 
 4
 Accordingly, the judgments are affirmed on the basis of the opinion of the District Court.[2]
 
 
 
 [1]
 The Hon. Harry H. MacLaughlin, United States District Judge for the District of Minnesota
 
 
 [2]
 In No. 88-5022, the appellants Scott and Marlene Germundson have not filed a brief. The appellee Scott County has moved to dismiss their appeal. This motion is granted, and the appeal in No. 88-5022 is dismissed for want of prosecution